United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| YESSICA LISSETH OLIVA-DOMINGUEZ, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. H-26-2814 |
| vs. | § § § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| Respondents. | § § | |

**ORDER OF DISMISSAL**

The petitioner, Yessica Lisseth Oliva-Dominguez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention in ICE custody.  (Docket Entry No. 1).  The court ordered the respondents to file an answer, and the respondents answered by filing an Advisory on April 24, 2026, stating that the petitioner was removed from the United States on April 8, 2026, before the habeas petition was even filed on April 9.  (Docket Entry No. 5).  The petitioner has not filed a response to the advisory.  Because Oliva-Dominguez has been removed from the United States, the habeas petition is moot.  This habeas petition is **dismissed** without prejudice.  Any pending motions are **denied** as moot.

SIGNED on May 27, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge